

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00246-CV

Anselma **RODRIGUEZ**, Norma Rodriguez, Amadora R. Mariscal,
Homero Rodriguez, and Elisa R. Alaniz,
Appellants

v.

Arturo **RODRIGUEZ**, Santos R. Olmeda, Pablo Rodriguez, Jr., David Rodriguez, Elva R.
Smith, Children of Alberto Rodriguez (deceased), Alberto Rodriguez, Jr.,
Nadia Rodriguez, and Manuel Rodriguez,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-09-538
Honorable Baldemar Garza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellants.

SIGNED May 6, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice